**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

In re Lyman Good Dietary Supplements Litigation

-----------------------------------------------------------------X

17 **CIVIL** 8047 (VEC)

**JUDGMENT**

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 22, 2020, Defendants' motion for summary judgment is granted and this case is closed.

**Dated:**  New York, New York
     June 23, 2020

                    **RUBY J. KRAJICK**
                    _____
                    **Clerk of Court**
            BY:    *[signature: David J. Thomas]*
                    _____
                    **Deputy Clerk**